**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-00079

DENISE GURULE

    Plaintiff,

v.

SHORT ELLIOTT HENDRICKSON, INC.,
a Foreign Corporation

    Defendant.

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant Short Elliott Hendrickson, Inc., ("SEH"), by and through undersigned counsel, Gordon Rees Scully Mansukhani, LLP, states the following: pursuant to Fed. R. Civ. P. 7.1(a), SEH neither has a parent corporation nor is there any publicly held corporation owning 10% or more of its stock.

Dated: January 11, 2021

                                                   **GORDON REES**
                                                   **SCULLY MANSUKHANI, LLP**

                                                   */s/ Anna M. Reinert*
                                                   Anna M. Reinert
                                                   Hannah E. Engle
                                                   555 Seventeenth Street, Suite 3400
                                                   Denver, Colorado 80202
                                                   Telephone: (303) 534-5160
                                                   areinert@grsm.com
                                                   hengle@grsm.com
                                                   *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on January 11, 2021, a true copy of the above and foregoing **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel of record listed below:

Gary M. Kramer, #41017
Gary Kramer Law, LLC
1465 Kelly Johnson Blvd, Suite 210
Colorado Springs, CO 80920
Telephone: 719-694-2783
gary@garykramerlaw.com

*Attorney for Plaintiff Denise M. Gurule*


                                          */s/ Ya Bratcher*
                                          For Gordon Rees Scully Mansukhani, LLP