# EXHIBIT C

| | DATE FILED: January 8, 2021 2:56 PM<br>CASE NUMBER: 2020CV30522 |
|---|---|
| DISTRICT COURT, PUEBLO COUNTY,<br>STATE OF COLORADO<br>501 N. Elizabeth Street,<br>Pueblo, CO 81003<br>(719) 583-7000 | |
| DENISE M. GURULE,<br><br>Plaintiff,<br><br>v.<br><br>SHORT ELLIOTT HENDRICKSON, INC.,<br><br>Defendant. | ▲COURT USE ONLY▲ |
| *Attorneys for Defendant Short Elliott Hendrickson, Inc.:*<br>Anna M. Reinert, No. 43198<br>Hannah E. Engle, No. 55301<br>GORDON REES SCULLY MANSUKHANI, LLP<br>555 Seventeenth Street, Suite 3400<br>Denver, CO 80202<br>(303) 534-5160<br>(303) 534-5161 (Fax)<br>areinert@grsm.com<br>hengle@grsm.com | Case Number: 2020CV30522<br><br>Div:           Courtroom: |

**ORDER RE: UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND**

This Court, having reviewed the above-captioned Motion and otherwise being fully advised, hereby GRANTS Defendant Short Elliott Hendrickson, Inc.'s Unopposed Motion for Extension of Time to Respond. Defendant's answer or other response to the Complaint shall be due on or before January 22, 2021.

Dated this ____ ~~day of December 2020~~. January 8, 2021

_____
District Court Judge