# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21–cv–00079–RM-KMT

**DENISE M. GURULE,**

Plaintiff,

v.

**SHORT ELLIOTT HENDRICKSON,**

Defendant.

## STIPULATION TO DISMISS WITH PREJUDICE

The Parties, through their respective undersigned counsel, hereby stipulate to the dismissal of this action, including all claims that were brought or could have been brought, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party responsible for her or its own attorneys' fees and costs.  All pending motions are withdrawn.

Dated: April 26, 2021.

| | |
|---|---|
| **GARY KRAMER LAW, LLC** | **GORDON REES SCULLY MANSUKHANI, LLP** |
| */s/ Gary M. Kramer* | */s/ Anna M. Reinert* |
| Gary M. Kramer | Anna M. Reinert |
| Gary Kramer Law, LLC | Hannah E. Engle |
| 1465 Kelly Johnson Blvd, Suite 210 | 555 Seventeenth Street, Suite 3400 |
| Colorado Springs, CO 80920 | Denver, Colorado 80202 |
| Telephone: 719-694-2783 | Telephone: (303) 534-5160 |
| gary@garykramerlaw.com | areinert@grsm.com |
| *Attorney for Plaintiff* | hengle@grsm.com |
| | *Attorneys for Defendant* |

- 2 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 26, 2021, a true copy of the above and foregoing **STIPULATION TO DISMISS WITH PREJUDICE** was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel of record listed below:

Gary M. Kramer
Gary Kramer Law, LLC
1465 Kelly Johnson Blvd, Suite 210
Colorado Springs, CO 80920
Telephone: 719-694-2783
gary@garykramerlaw.com
*Attorney for Plaintiff*

          */s/ Ya Bratcher*
          For Gordon Rees Scully Mansukhani, LLP